# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| KEVIN MELTON, | |
| Plaintiff, | Case No. 3:17-cv-00511-PPS-MGG |
| v. | Honorable Judge Philip P. Simon |
| EMPIRE SOLUTIONS AND RECOVERIES LLC d/b/a EMPIRE RECOVERY SOLUTIONS INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, KEVIN MELTON ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant without prejudice with leave to reinstate through November 20, 2017. After November 20, 2017, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Dated: August 10, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim, Esq. #6302103
*Counsel for Plaintiff*
Admitted in the Northern District of Illinois
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630)575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com