# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| KEVIN MELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   NO. 3:17CV511-PPS |
| EMPIRE SOLUTIONS AND | ) |
| RECOVERIES LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Kevin Melton's Notice of Voluntary Dismissal [DE 8] is SO ORDERED, and, prior to any pleading in response to the complaint, the case is DISMISSED WITHOUT PREJUDICE.

The case is thereby **CLOSED**.

**ENTERED**: August 21, 2017

　　　　　　　　　　　　　　　　　　/s/ Philip P. Simon
　　　　　　　　　　　　　　　　　　JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT